# U.S MAGISTRATE, JUDGE

Robert L. Jennings   Case #2020CF006704NC
  VS.
TWELFTH JUDICIAL CIRCUIT
2002 RINGLING BLVD.
SARASOTA, FL 34237

8:21 cv 79 T 35 TGW

NOTIFICATION OF INFORMAL COMPLAINT:
PROCEDURAL DEFAULT
DUE PROCESS
LIBERTIES

MEMBERS OF JUDICIAL BRANCH:
KIMBERLY C. BONNER, CHIEF JUDGE
DEBRA JOHNES RIVA, CIRCUIT JUDGE
(Ex PARTE) PUBLIC DEFENDER - ALEXANDRA-
   - BAISHANI
ASSISTANT STATE ATTORNEY - KENNEDY-
   - LEGLER
OFFICE OF REGIONAL COUNSEL (ORC) -
-NO REPRESATATION
JUDGE CHARLES E. ROBERTS, -
-ADMINISTRATIVE



1-6-2021    Robert L Jennings

2

THIS IS NOT A PRO SE MOTION, NOR DO I HAVE REPRESENTATION. AS A CITIZEN OF THE UNITED STATES OF AMERICA UNDER THE UNITED STATES CONSTITUTION OF FEDERAL LAW AND STATE LAW. MY DUE PROCESS OF AMENDENTS 1, 5, 6, 8, 9, AND 14, I HAVE BEEN DEPRIVED OUT OF; ALONG WITH RULE 3.111 PROVIDING COUNSEL TO INDIGENTS AND PROCEDURAL DEFAULT. BY THE TWELFTH JUDICAIL CIRCUIT COURT OF SARASOTA, FLA. AS YOU READ THIS DOCUMENT I WILL INDICATE WITH BRACKETS BY EACH PARAGRAPH [VIOLATIONS] OF DUE PROCESS

    AS I FIGHT AND EXERCISE MY RIGHTS OF LIBERTY AND JUSTICE. (SUBSTAN- -TIVE AND PROCEDURAL DUE PROCESS) I HAVE BEEN IN THE UNKNOWN OF THIS CASE SINCE 08/20/2020 ARREST DATE. HOME -INVASION ROBBERY WHILE ARMED WITH A WEAPON "BOND 25,000" ON 9/15/2020. STATE FILED BURGLARY OF DWELLING WITH ASSAULT OR BATTERY. ON 10/26/2020, ALL OF MY SUBSTANTIVE AND PROCEDURAL DUE- PROCESS REQUEST DENIED.

3.

ON 10/27/2020 CASE MANAGMENT CONFERENCE DENIED I WANTED TO SPEAK, (PROCEDURAL DEFAULT) WHICH I WAS DEPRIVED OUT OF [14, 5, 1, 6, 9 AMENDMENTS]. ALONG WITH AN EVIDENTIARY HEARING. WHAT IS THE PROBABLE CAUSE? "WHY AM I'M STILL INCARCERATED, MISSCARRIGE OF JUSTICE". I ASKED FOR A PARTICIPATE IN DISCOVERY. I HAVE A STRONG THEORY THE VICTIM NEVER FILED CHARGES. I WAS HOME AND I KNOW I AM INNOCENT. I ASKED (EX PARTE) PUBLIC DEFENDER AlEXANDRA BAISHANSKI FOUR TIMES FOR MY DUE PROCESS INEFFECTIVE ASSISTANCE. (EX PARTE) PUBIC DEFENDER ALEXANDRA BAISHANSKI AND ASSISTANT STATE ATTORNEY, KENNEDY LEGLER BOTH KNEW THAT CASE MANAGMENT JUDGE CHARLES E. ROBERT WAS FAMILIAR WITH THE CASE. WHICH COULD HAVE BEEN A STRONG CHANCE OF RELIEF. AT FIRST APPEARANCE. JUDGE CHARLES E. ROBERTS GRANTED A 25,000 BAIL. AT BOND HEARING ASSISTANT STATE ATTORNEY, KENNEDY LEGLER HAD IT RAISED TO 40,000 [5, 1, 8, 9]. DEBRA JOHNES-RIVA,

4

CIRCUIT JUDGE WAS PRESENT OF DUTY AT VIDEO COURT ON 9/30/2020. EX PARTE PUBLIC DEFENDER ALEXANDRA AN STATE ATTORNEY, KENNEDY LEGIER BOTH ARE PREJUDICE OF: 1. PROBABLE CAUSE AFFIDAVIT: 2. ARREST HISTORY WITH ONLY TWO FELONY CONVICTION: 3. BAIL WAS SET AT 25,000. ON 11/30/2020 (EX PARTE) DEPARTED. I WROTE THE CLERK OF COURT ON 12-7-2020 TO FILE A DOCUMENT REACHING OUT TO (ORC) Even HAND (ATTACHMENT A, B, C) DELIVERY THOROUGH THE JAIL. ON 12-16-2020 CLERK OF THE COURT RESPOND BACK, WITH THE DOCUMENT, FORWARD TO ATTORNEY: (ORC) WHO? ALSO WITH FORWARD TO S.A.O: ON 12/18/2020. I RECEIVED A DOCUMENT BY JUDGE RIVA SIGNED ON 12/14/2020 STATING I WAS WRITING PRO SE MOTION WHICH IS PALPABLY (FALSE). (ATTACHMENT D). I WAS RAISING THE ISSUES THROUGH THE COURTS ALSO EXHAUSTION OF STATE REMEDIES JUDGE RIVA NEVER INFORMED ME ON ASKING JUDGE Roberts FOR RELIEF DOCUMENT WRITTEN ON 11/29/2020.

5

But INFORMED ME ON ASKING KIMBERLY C. BONNER CHIEF JUDGE FOR UNCONSTITUTIONAL RELIEF? DOCUMENT WRITTEN ON 12/7/2020. IF I HAD REPRESENTATION OF ORC, WHICH I AM STILL IN THE UNKNOWN OF, AND IF I DO, HIM OR HER, HAVE Rendered, INEFFECTIVE ASSISTANCE (RULE 3.111. PROVIDING COUNSEL TO INDIGENTS) [5, 6, 9] AS I EXAMINE THE MAILED DOCUMENT (D) THAT WAS A DELIVERY ON 12/18/20 BY U.S MAIL ELETRONIC MAIL THAT JUDGE, RIVA SIGNED ON 12/14/2020 I NOTICE TRIAL SIGNATURE DOCUMENT PAPERS WHICH WAS DELIVERD BY HAND TO THE JAIL THAT I RECEIVED ON PAGE 22-10/28/2020, PAGE 23-10/27/2020 PAGE 24-10/30/2020. I HAVE A STRONG THEORY TRIAL DOCUMENTS ARE PAL-PABLY (FALSE) WHICH JUDGE, RIVA SIGNED ON. THAT NEEDS TO BE EXAMINED PLEASE. I HAD NO IDEA, UNTIL I RECEIVED THE DOCUMENTS OF PRO SE MOTIONS ON 12/18/2020 (D) AND PRO SE MOTIONS ON 12/31/2020 (E). SOMEONE IS SAYING I AM WRITING PRO SE MOTIONS. WHICH I HAVE BEEN ACCUSSED OF. I DO NOT TRUST

ANYTHING THAT JUDGE, RIVA HAS SIGNATURE ON. I PREFER, THE FEDERAL COURTS TO INVESTIGATE THIS CASE PLEASE. ADMITTING STATEMENTS DEEMED RELIABLE BY JUDGE IS FUNDAMENTALLY AT ODDS WITH THE RIGHT OF CONFRONTATION. THE RULE OF FORFEITURE BY WRONG DOING (1) EXTINGUISHES CLAIMS UNDER THE CONFRONTATION CLAUSE OF THE FEDERAL CONSTITUTION SIXTH AMENDMENT EQUITABLE GROUNDS BUT (2) DOES NOT PURPORT TO BE AN ALTERNATIVE MEANS, OF DETERMINING RELIABILITY, WITH RESPECT OF THE FEDERAL COURTS ATTACHMENTS OF THE FLORIDA BAR DOCUMENTS OF CASE 2020CF006704NC PAGES 5, 6, 7, / TRIAL PAGES 22, 23, 24 CAN BE LOOKED OVER OR EXAMINED. THE TWELFTH JUDICIAL CIRCUIT HAS ALSO DONE EMOTIONAL STRESS AN INDIGNITY, HUMILIATION BY WORD IN TIME I WILL HEAL AND FORGIVE, BUT I WILL NEVER FORGET WHAT THE TWELFTH JUDICIAL CIRCUIT HAS DONE (PUNITIVE DAMAGES) IN GOOD FAITH I AM ASKING FOR 100,000 ALONG WITH UNCONSTITIONAL RELIEF AN INJUNCTIVE RELIEF.

# DUE PROCESS / RULE 3-111.           7

AMENDMENT: 14- NOR SHALL ANY STATE DEPRIVE ANY PERSON,.... LIBERTY WITH DUE PROCESS OF LAW; NOR DENY TO ANY PERSON WITH JURISDICTION THE EQUAL PROTECTION OF THE LAWS.

AMENDMENT: 5- CRIMINAL ACTIONS - PROVISIONS CONCERNING - DUE PROCESS OF LAW AND JUST COMPENSATION CLAUSES.

AMENDMENT: 6- RIGHTS OF THE ACCUSED. .... THE ASSISTANCE OF COUNSEL FOR HIS DEFENCE

AMENDMENT: 8- EXCESSIVE BAIL SHALL NOT BE REQUIRED.....

AMENDMENT: 9- THE ENUMERATION IN THE CONSTITION, OF CERTAIN RIGHTS, SHALL NOT BE CONSTRUED TO DENY OR DISPARAGE OTHERS RETAINED BY THE PEOPLE

AMENDMENT: 1- RELIGIOUS AND POLITICAL FREEDOM. .... OR ABRIDGING THE FREEDOM OF SPEECH:

RULE 3.111. PROVIDING COUNSEL TO INDIGENTS